CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
for Roanoke
SEP 30 2010
JULIA C. DUDLEY, CLERK
BY: K. Bauserman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID KWON, | ) |
| Plaintiff, | ) Case No. 7:10CV00435 |
| v. | ) |
| | ) **FINAL ORDER** |
| LYDIA WILSON, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's claims under §42 U.S.C. § 1983 are **DISMISSED** without prejudice, as legally frivolous pursuant to 28 U.S.C. § 1915A(b)(1); his claims under state law are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c); and this action is stricken from the active docket of the court.

ENTER: This 30th day of September, 2010.

_____
Chief United States District Judge